ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANBIR SINGH GILL,<br>Plaintiff,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br>Defendants. | CASE NO. 2:26-CV-02334-DAD-AC<br><br>STIPULATION FOR EXTENSION OF TIME; [~~PROPOSED~~] ORDER THEREON |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. Plaintiff's complaint seeks relief under the Administrative Procedures Act relating his filing of Form I-485, Application to Adjust Status under the Immigration and Nationality Act ("I-485 Petition"). Plaintiff served the current complaint on July 31, 2026, making the deadline for Defendants to respond September 29, 2026. USCIS has issued a Request for Evidence (RFE) to the Plaintiff, with a response due by October 19, 2026. The requested evidence is necessary to continue the adjudicatory process; this process cannot continue unless and until this evidence is received. Given this status, and in the interest of allowing the process to proceed, the parties hereby stipulate to an extension of the current deadline for Defendants to file an answer or other pleading for approximately sixty (60) days to and including November 28, 2026. The parties further ask the Court to similarly extend any other deadlines and proceedings.

///

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is November 18, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: September 22, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ Catherine J. Swann
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Ranbir Singh Gill (as authorized on September 22, 2026)*
RANBIR SINGH GILL
Plaintiff Pro Per

[~~PROPOSED~~] ORDER

It is so ordered.

DATED: September 24, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE